UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM PLAGENS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER D. DECKARD, et al.,<br><br>Defendants. | ) Case No. 1:20-cv-2744<br>)         1:21-cv-238<br>)<br>) Judge J. Philip Calabrese<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: May 9, 2024

J. Philip Calabrese United
States District Judge
Northern District of Ohio